# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Ho____d, Daniel L. | 2. Court or Organization<br><br>U.S. District Court, ND | 3. Date of Report<br><br>06/27/1902 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge | 5. Report Type (check type)<br><br>X  Nomination, Date ___06/26/2002___<br><br>___ Initial   ___ Annual   ___ Final | 6. Reporting Period<br>01/01/2001<br>to<br>06/15/1902 |
|---|---|---|

| 7. Chambers or Office Address<br><br>116 North 2nd Street<br><br>Bismarck<br><br>North Dakota  58501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## . POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | President | Daniel L. Hovland, P.C. |
| 2 | Partner | Smith Bakke Hovland & Oppegard |
| 3 | Commissioner | Bismarck Parks & Recreational District |

## I. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [ ] NONE (No reportable agreements.) | |
| 1 | 2002 | Smith Bakke Hovland & Oppegard. There will be a buy-out agreement with my former law firm that is currently being negotiated. |
| 2 | | |
| 3 | | |

## II. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 2001 | Daniel L. Hovland P.C. | $258,034. |
| 2 | 2001 | SRD Partnership | $18,095 |
| 3 | 2000 | Daniel L. Hovland P.C. | $211,012 |
| 4 | ..00 | SRD Partnership | $15,077 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | "Exempt" | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 | "Exempt" | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | Bank Center First | Mortgage - rental property -- Bismarck, ND | L |
| 2 | Norwest Bank | Mortgage - law firm, Bismarck, ND | K |
| 3 | U.S. Bank | Credit Card | J |
| 4 | Capital One | Credit Card | J |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Hovland, Daniel L. | 06/27/1902 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Rental property, Bismarck, ND(1990 - $95,000) | A | Rent | M | Q | "Exempt" | | | | |
| 2 G.R. Associates | D | Distribution | K | W | " | | | | |
| 3 Ridgewood Electric Power Trust V | | None | K | T | " | | | | |
| 4 Ridgewood Power Growth Fund | | None | J | T | " | | | | |
| 5 Epoch-Kissimmee Investors | A | Distribution | K | T | " | | | | |
| 6 Epoch-Florida Capital Raleigh | | None | K | T | " | | | | |
| 7 Epoch-Florida Capital Hotel Partners III | | None | J | T | " | | | | |
| 8 Epoch-Florida Capital - Calypso Cay, Ltd. | | None | K | T | " | | | | |
| 9 Epoch-Florida Capital Hotel Partners (Dallas) | | None | J | T | " | | | | |
| 10 Master Investment I | | None | L | T | " | | | | |
| 11 Master Investment II | | None | K | T | " | | | | |
| 12 Phoenix-Engemann Aggressive Growth Fund | | None | J | T | " | | | | |
| 13 Phoenix-Seneca Strategic Theme Fund | A | Dividend | J | T | " | | | | |
| 14 MKBY | | None | K | T | " | | | | |
| 15 Ridgewood Electric Power Trust V (IRA) | | None | J | T | " | | | | |
| 16 Ridgewood Power Growth Fund (IRA) | | None | L | T | " | | | | |
| 17 Epoch-Floria Capital Land Investment (IRA) | D | Distribution | M | T | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Epoch-Florida Capital Hotel Partners (IRA) | | None | K | T | " | | | | |
| 19 Epoch-Florida Capital Hotel Partners II (IRA) | | None | K | T | " | | | | |
| 20 Epoch-Florida Capital Hotel Partners III (IRA) | | None | J | T | " | | | | |
| 21 Epoch-Florida Capital Raleigh (IRA) | A | Interest | J | T | " | | | | |
| 22 I.R.E.T. (IRA) | | | L | T | " | | | | |
| 23 Edmin.com | | None | J | T | " | | | | |
| Munder Net Fund (IRA) | | None | J | T | " | | | | |
| 25 First American Funds (IRA) | | None | J | T | " | | | | |
| 26 Janus Twenty Fund (401K) | | | K | T | " | | | | |
| 27 Janus Worldwide Fund (401K) | | | K | T | " | | | | |
| 28 Epoch - Florida Capital Hotel Partners III | A | Interest | J | T | " | | | | |
| 29 Epoch - Florida Hotel Partners II | A | Interest | J | T | " | | | | |
| 30 Epoch - Florida Hotel Partners II | A | Interest | J | T | " | | | | |
| 31 Kemper Advantage III - Large Cap U.S. Stock (IRA) | | None | J | T | " | | | | |
| 32 Kemper Advantage III - Balanced (IRA) | | None | J | T | " | | | | |
| 33 Northwestern Mutual (IRA'S) | | None | J | T | " | | | | |
| 34 Bank Center First - Account | A | Interest | J | T | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  Capital Credit Union - Account | A | Interest | J | T | " | | | | |
| 36  BNC National Bank - Account | A | Interest | J | T | " | | | | |
| 37  Pioneer Growth Shares Inc. | A | Dividend | J | T | " | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*Inc        art of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Hovland, Daniel L. | 06/27/1902 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*Inc        art of report.)*

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Member | North Dakota Parole Board |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2002 | Daniel L. Hovland P.C. | $50,000. |
| 6 | 2002 | SRD Partnership | $12,970. |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Hovland, Daniel L. | Date of Report<br>06/27/1902 |
|---|---|---|

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Member | North Dakota Parole Board |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2002 | Daniel L. Hovland P.C. | |
| 6 | 2002 | SRD Partnership | |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature *Dan Hovland* Date 6-28-02

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 9,000 | – | | Notes payable to banks-secured | 38,500 | – | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 697,729 | – | | Notes payable to relatives | | | |
| Unlisted securities–add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | 10,000 | – | |
| Due from relatives and friends | 20,000 | – | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | 125,000 | – | |
| Real estate owned-add schedule | 435,000 | – | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | 184,000 | – | | | | | |
| Cash value-life insurance | 109,383 | – | | | | | |
| Other assets itemize: | | | | | | | |
| LAW FIRM – personal property | 75,000 | – | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 173,500 | – | |
| | | | | Net Worth | 1,356,612 | – | |
| Total Assets | 1,530,112 | – | | Total liabilities and net worth | 1,530,112 | – | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | – None – | | | Are any assets pledged? (Add schedule) | – NO – | | |
| On leases or contracts | – None – | | | Are you defendant in any suits or legal actions? | – NO – | | |
| Legal Claims | – None – | | | Have you ever taken bankruptcy? | – NO – | | |